## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN ROACH, JR.,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-6408** |
| : | |
| **NAVY FEDERAL CREDIT UNION,** : | |
| Defendant. : | |

## ORDER

AND NOW, this 21st day of January 2025, upon consideration of Plaintiff Melvin Roach, Jr.'s *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, J.**